# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:  ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. <u>1:15-md-2657-FDS</u>

## <u>JUDGMENT</u>

**<u>This judgment applies to all cases listed in
Appendix A</u>**

D.J. Saylor , Chief

**\_\_\_\_\_**  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**\_\_X\_\_**  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED:**

1.   Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated:   6/2/2021                     By  /s/   Leonardo T. Vieira
                                          Deputy Clerk